UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRIAN JOSEPH GUILLOTTE     CIVIL ACTION

VERSUS     NUMBER: 21-1422

DR. PHILLIP KNOWLIN, ET AL.     SECTION: "J" (5)

## ORDER

Before the parties consented to proceed before the undersigned, this Court issued two partial reports and recommendations ("R&Rs") to the District Court. (Rec. docs. 37, 42). In those reports, this Court had recommended the dismissal of Defendants CorrectHealth Lafourche, L.L.C., Dr. Phillip Nowlin, and the Lafourche Parish Government. (*Id.*). On January 20, 2022, Plaintiff filed late objections to the first R&R. (Rec. doc. 43). He has filed no objections to the second R&R. On February 1, 2022, after all of the parties consented to proceed before the undersigned, the District Court signed the referral of the entire lawsuit to this Court. (Rec. doc. 47). Accordingly, proceeding as a District Court would have had the matter not been referred to the undersigned,

**IT IS ORDERED** that the Partial R&Rs (Rec. docs. 37, 42) are **ADOPTED** as this Court's final opinions, and Plaintiff's federal-law claims against Defendants CorrectHealth Lafourche, L.L.C., Dr. Phillip Nowlin, and the Lafourche Parish Government are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that to the extent Plaintiff asserts state-law claims for medical malpractice against Defendants CorrectHealth Lafourche, L.L.C., Dr. Phillip Nowlin, and the Lafourche Parish Government, such claims are **DISMISSED WITHOUT PREJUDICE**.

## I.     Background

Guillotte is a frequent filer of lawsuits in this Court. (*See* E.D. La., Civ. A. Nos. 21-1400, 21-1422, 21-1775, 21-1850, 21-2016). In this lawsuit, through largely illegible Complaints (Rec. docs. 1, 4, 4-1), Guillotte alleges claims under 42 U.S.C. § 1983 for deliberate indifference to his medical needs, medical malpractice, and negligence by CorrectHealth, Dr. Phillip Nowlin, and the Lafourche Parish Government regarding the medical treatment that he received while incarcerated at Lafourche Parish Detention Center.

On July 26, 2021, Guillotte filed a deficient complaint for habeas corpus and a writ of mandamus. (Rec. doc. 1). On September 14, 2021, Guillotte corrected the deficiency, still titling his complaint as a request for writs of habeas corpus and mandamus. (Rec. doc. 4). Liberally construing Guillotte's complaint – as this Court must do, *Mendoza-Tarango v. Flores*, 982 F.3d 395, 399 (5th Cir. 2020) – the Clerk of Court construed Guillotte's complaint as one of "prison condition" under 42 U.S.C. § 1983.  Before the parties consented to proceed before the undersigned, this Court had already recommended that Defendants CorrectHealth, Dr. Phillip Nowlin, and the Lafourche Parish Government be dismissed from the lawsuit.  (Rec. docs. 37, 42).

## II.     Legal Standard

Plaintiff did not timely object to the R&Rs. Therefore, the Court reviews the R&Rs for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Montgomery v. Logsdon*, No. CV 20-756, 2021 WL 4133552, at *1 (E.D. La. Sept. 10, 2021).

## III.    Law and Analysis

Having reviewed Plaintiff's objections (Rec. doc. 43) to this Court's first R&R, this Court finds no clear error in either of the R&Rs. Plaintiff raises no argument in his objections that this Court did not already resolve in the R&Rs. Plaintiff's arguments that Defendants misdiagnosed him, failed to perform a physical evaluation, that he suffers from extreme pain, and his desire for another medical opinion (Rec. doc. 43) were sufficiently addressed in this Court's two earlier R&Rs. (Rec. docs. 37, 42).

Having reviewed the R&Rs along with the applicable law, the Court finds that it did not clearly err when it determined that Plaintiff's claims against Defendants CorrectHealth, Dr. Phillip Nowlin, and the Lafourche Parish Government should be dismissed. The Court therefore adopts partial R&Rs (Rec. docs. 37, 42) as its opinions.

## IV.     Conclusion

For the foregoing reasons,

**IT IS ORDERED** that Plaintiff's objections (Rec. doc. 43) are **OVERRULED**.

3

**IT IS FURTHER ORDERED** that the Partial Reports and Recommendations (Rec. docs. 37, 42) are **ADOPTED** as this Court's final opinions, and Plaintiff's federal-law claims against Defendants CorrectHealth Lafourche, L.L.C., Dr. Phillip Nowlin, and the Lafourche Parish Government are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that to the extent Plaintiff asserts state-law claims for medical malpractice against Defendants CorrectHealth Lafourche, L.L.C., Dr. Phillip Nowlin, and the Lafourche Parish Government, such claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 7th day of February, 2022.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**